
# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: BOYCE, JOHN B § Case No. 13-82986
      BOYCE, PAULA J §
       §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of The U S Bankruptcy Court
    327 S Church Street, Room 1100
    Rockford IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 05/05/2014 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  04/10/2014        By:  /s/BERNARD J. NATALE
                                                                                        Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| In re: BOYCE, JOHN B § | Case No. 13-82986 |
| BOYCE, PAULA J § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,251.77 |
| *and approved disbursements of* | $ 10.00 |
| *leaving a balance on hand of* [1] | $ 10,241.77 |
| **Balance on hand:** | $ 10,241.77 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 10,241.77 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,775.18 | 0.00 | 1,775.18 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,470.00 | 0.00 | 1,470.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 46.50 | 0.00 | 46.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,291.68 |
| Remaining balance: | $ 6,950.09 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 6,950.09 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 6,950.09 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,012.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 30.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | 1,116.37 | 0.00 | 337.16 |
| 2 | Atlas Acquisitions LLC | 572.72 | 0.00 | 172.97 |
| 3 | Bayfield Electric | 309.26 | 0.00 | 93.40 |
| 4 | Nicor Gas | 139.78 | 0.00 | 42.22 |
| 5 | TBF Financial, LLC | 16,874.27 | 0.00 | 5,096.28 |
| 6 | Holmstrom & Kennedy, P.C. | 4,000.00 | 0.00 | 1,208.06 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 6,950.09 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $         0.00
Remaining balance:   $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $         0.00
Remaining balance:   $         0.00

Prepared By:   /s/BERNARD J. NATALE
                           Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 13-82986-TML
John B Boyce                                                          Chapter 7
Paula J Boyce
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave          Page 1 of 2          Date Rcvd: Apr 10, 2014
                              Form ID: pdf006          Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2014.
```
db/jdb     +John B Boyce,   Paula J Boyce,   11346 Jeff Court,    Machesney Park, IL 61115-7436
20927341    Aegis Receivables Management Inc,   PO Box 12237,    Hauppauge, NY 11788-0867
20927342   +Allied Interstate,    Box 361774,   Columbus, OH 43236-1774
20927343    Alllied Data Corp,   13111 Westheimer, Ste 400,    Houston, TX 77077-5547
20927345   +Associated Recovery Services,    Box 469046,   Escondido, CA 92046-9046
21109592   +Atlas Acquisitions LLC (General Electric Capital,    294 Union St.,   Hackensack, NJ 07601-4303
21109589   +Atlas Acquisitions LLC (HSBC Bank Nevada, N.A.),    294 Union St.,   Hackensack, NJ 07601-4303
20927346  ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank Of America,   Po Box 982235,   El Paso, TX 79998)
20927348   +Barrick,Switzer,Long,   6833 Stalter Dr,   Rockford, IL 61108-2582
20927349   +Bay Area Credit Service,    Box 468089,   Atlanta, GA 31146-8089
21186339   +Bayfield Electric,   c/o RCB Collections/agent,    POB 706,   Hibbing MN 55746-0706
20927350   +Bayfield Electric,   Box 68,   Iron River, WI 54847-0068
20927352   +CBCS,   Box 163250,   Columbus, OH 43216-3250
20927353   +CCB Credit Services,   Box 272,   Springfield, IL 62705-0272
20927361  ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Citgo Oil / Citibank,    Citicorp Credit Services/Attn:Centralize,
              Po Box 20507,   Kansas City, MO 64195)
20927354    Center Capital Corp,   Bo0x 1188,   Farmington, CT 06034
20927355    Central Portfolio Control, Inc,   6640 Shady Oak Rd Ste 300,    Eden Prairie, MN 55344-7710
20927356   +Certeegy Payment Recovery,    Box 038997,   Tuscaloosa, AL 35403-8997
20927357    Chartwell Midwest WI Loxk Box,   BOX 78804,   Milwaukee, WI 53278-0804
20927358   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
20927359   +Chase Mht Bk,   Attn:Bankruptcy Dept,   Po Box 15298,   Wilmington, DE 19850-5298
20927360   +Chase-bp,   Po Box 15298,   Wilmington, DE 19850-5298
20927363   +Comenity Bank/Lane Bryant,    Attn: Bankruptcy,   Po Box 182686,   Columbus, OH 43218-2686
20927364   +Cpu/citi,   Po Box 6497,   Sioux Falls, SD 57117-6497
20927365   +Dimension Leasing,   8144 S 2425 E,   South Weber, UT 84405-9514
20927369   +ERS,   Box 9004,   Renton, WA 98057-9004
20927370   +Fashion Bug,   Po Box 84073,   Columbus, GA 31908-4073
20927371   +Financial Pacific Leasing,    Box 4568,   Federal Way, WA 98063-4568
20927376   +Gateway Community Bank,   5390 Williams Dr,   Roscoe, IL 61073-7320
20927377   +Holmstrom & Kennedy,   PO Box 589,   Rockford, IL 61105-0589
21387516   +Holmstrom & Kennedy, P.C.,    Atten: Attorney Joseph F. Arias,    800 North Church Street,
             Rockford, IL 61103-6919
20927378   +Hsbc/menards,   Attention: Bankruptcy Department,    Po Box 5264,   Carol Stream, IL 60197-5264
20927379   +JP Morgan Chase Legal Dept,    131 S Dearborn St Floor 5,    Chicago, IL 60603-5571
20927382    Lincoln State Bank,   204 East Highway 38,   Rochelle, IL 61068
20927386   +Mercy Health Systems,   Box 5003,   Janesville, WI 53547-5003
20927387   +National Action FS,   Box 9027,   Buffalo, NY 14231-9027
20927390   +Nicor,   Box 5407,   Carol Stream, IL 60197-5407
20927394  ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,   Po Box 41067,
              Norfolk, VA 23541)
20927395    Professional Placement Services LLC,   PO Box 612,    Milwaukee, WI 53201-0612
20927396   +RCB Collection,   Box 706,   Hibbing, MN 55746-0706
20927397    Rockford Mutual Ins Co,   PO BOx 5626,   Rockford, IL 61125-0626
20927398   +Sears/cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
20927401   +State Collections,   Box 6250,   Madison, WI 53716-0250
20927402   +Superior Asset,   Box 468089,   Atlanta, GA 31146-8089
21354476   +TBF Financial, LLC,   c/o Colleen G. Thomas,    Thomas Law Office,   30 North Western Avenue,
             Carpentersville, IL 60110-1731
20927403   +Tate & Kirlin,   2810 Southampton Rd,   Philadelphia, PA 19154-1207
20927405   +Thomas Chase,   574 N. McLean Blvd,   Elgin, IL 60123-3288
20927406    Universal Fidelity LP,   PO Box 941911,   Houston, TX 77094-8911
20927344    apollo credit agency inc,    3501 South Teller st,    Denver, CO 80235-2011
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21039173   +E-mail/Text: bnc@atlasacq.com Apr 11 2014 00:05:12     Atlas Acquisitions LLC,   294 Union St.,
             Hackensack, NJ 07601-4303,   Attn: Avi Schild
21037055   +E-mail/Text: bnc@atlasacq.com Apr 11 2014 00:05:12     Atlas Acquisitions LLC,   294 Union St.,
             Hackensack, NJ 07601-4303
20927351   +E-mail/Text: cms-bk@cms-collect.com Apr 11 2014 00:05:32     Capital Management,
             726 Exchange St. Suite 700,   Buffalo, NY 14210-1464
20927366   +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 11 2014 00:09:53     Discover Fin Svcs Llc,
             Po Box 15316,   Wilmington, DE 19850-5316
20927368   +E-mail/Text: bknotice@erccollections.com Apr 11 2014 00:05:59     Enhanced Recovery Corp,
             Attention: Client Services,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
20927373   +E-mail/Text: data_processing@fin-rec.com Apr 11 2014 00:05:32     Financial Recovery Services,
             Box 385908,   Minneapolis, MN 55438-5908
20927380   +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 11 2014 00:05:17     Kohls/capone,
             N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
```

```
District/off: 0752-3          User: kkrystave              Page 2 of 2                  Date Rcvd: Apr 10, 2014
                              Form ID: pdf006              Total Noticed: 65
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
20927381      +E-mail/Text: bankruptcy@leadingedgerecovery.com Apr 11 2014 00:05:58      Leading Edge Recovery,
               5440 N. Cumberland Ave  Suite 300,    Chicago, IL 60656-1486
20927384      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 11 2014 00:08:48      Lvnv Funding Llc,
               Po Box 10497,    Greenville, SC 29603-0497
20927388      +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 11 2014 00:06:14      NCO,   507 Prudential Rd,
               Horsham, PA 19044-2368
20927389      +E-mail/Text: info@nelsonwatson.com Apr 11 2014 00:06:30      Nelson,Watson & Assoc,   Box 1299,
               Haverhill, MA 01831-1799
21337594      +E-mail/Text: bankrup@aglresources.com Apr 11 2014 00:04:57      Nicor Gas,   Po box 549,
               Aurora il 60507-0549
20927391      +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 11 2014 00:06:14      Osi Collect,
               507 Prudential Rd.,    Horsham, PA 19044-2308
20927399      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 11 2014 00:08:48
               Sherman Originator LLC,    PO BOx 10497,    Greenville, SC 29603-0497
20927400      +E-mail/Text: bankruptcy@sw-credit.com Apr 11 2014 00:05:57      Southwest credit,
               5910 W Plano Pkwy,    Plano, TX 75093-2202
20927404      +E-mail/Text: jpalmer@tbfgroup.com Apr 11 2014 00:05:32      Tbf Financial Llc,
               740 Waukegan Rd Ste 404,    Deerfield, IL 60015-5505
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20927374       Gate Com Bnk
20927375       Gate Com Bnk
20927347*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
20927362*    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citi,    CitiCard Credit Services/Centralized Ban,   Po Box 20363,
               Kansas City, MO 64195)
20927367*     +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
20927372*     +Financial Pacific Leasing,    Box 4568,    Federal Way, WA 98063-4568
20927383*      Lincoln State Bank,    204 East Highway 38,    Rochelle, IL 61068
20927385*     +Lvnv Funding Llc,    Po Box 10497,    Greenville, SC 29603-0497
20927392*     +Osi Collect,    507 Prudential Rd.,    Horsham, PA 19044-2308
20927393*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery,    Box 12914,    Norfolk, VA 23541)
                                                                                             TOTALS: 2, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2014                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2014 at the address(es) listed below:
```
              Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
              Darron  Burke    on behalf of Debtor John B Boyce rockford@jordanpratt.com
              Darron  Burke    on behalf of Joint Debtor Paula J Boyce rockford@jordanpratt.com
              Meghan N Bolte    on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com,
               mbolte@bjnatalelaw.com
              Michael G Schultz    on behalf of Creditor   Gateway Community Bank mgs@renozahm.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 7
```