**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: BOYCE, JOHN B § Case No. 13-82986
BOYCE, PAULA J §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $168,515.00            Assets Exempt: $47,300.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,950.09    Claims Discharged
                                              Without Payment: $36,592.31

Total Expenses of Administration: $3,301.68

3) Total gross receipts of $ 10,251.77 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,251.77 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $120,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,301.68 | 3,301.68 | 3,301.68 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 36,029.00 | 23,012.40 | 23,012.40 | 6,950.09 |
| **TOTAL DISBURSEMENTS** | $156,029.00 | $26,314.08 | $26,314.08 | $10,251.77 |

4) This case was originally filed under Chapter 7 on August 28, 2013. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/01/2014          By: /s/BERNARD J. NATALE
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 5 year CD w/ Gateway Bank | 1129-000 | 10,251.77 |
| **TOTAL GROSS RECEIPTS** | | **$10,251.77** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Gateway Community Bank | 4110-000 | 120,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$120,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 46.50 | 46.50 | 46.50 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,470.00 | 1,470.00 | 1,470.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,775.18 | 1,775.18 | 1,775.18 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$3,301.68** | **$3,301.68** | **$3,301.68** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

# EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

# EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | 7100-000 | unknown | 1,116.37 | 1,116.37 | 337.16 |
| 2 | Atlas Acquisitions LLC | 7100-000 | 0.00 | 572.72 | 572.72 | 172.97 |
| 3 | Bayfield Electric | 7100-000 | 300.00 | 309.26 | 309.26 | 93.40 |
| 4 | Nicor Gas | 7100-000 | N/A | 139.78 | 139.78 | 42.22 |
| 5 | TBF Financial, LLC | 7100-000 | 15,199.00 | 16,874.27 | 16,874.27 | 5,096.28 |
| 6 | Holmstrom & Kennedy, P.C. | 7100-000 | 0.00 | 4,000.00 | 4,000.00 | 1,208.06 |
| NOTFILED | Nicor | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Nelson,Watson & Assoc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Osi Collect | 7100-000 | 142.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Osi Collect | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lvnv Funding Llc | 7100-000 | 1,113.00 | N/A | N/A | 0.00 |
| NOTFILED | National Action FS | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lincoln State Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mercy Health Systems | 7100-000 | 8,200.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Portfolio Recovery | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lvnv Funding Llc | 7100-000 | 570.00 | N/A | N/A | 0.00 |
| NOTFILED | Lincoln State Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | RCB Collection | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tate & Kirlin | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Superior Asset | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Thomas Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | State Collections | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Universal Fidelity LP | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sherman Originator LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Southwest credit | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Leading Edge Recovery | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Professional Placement Services LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Mutual Ins Co | 7100-000 | 265.00 | N/A | N/A | 0.00 |
| NOTFILED | Portfolio Recovery | 7100-000 | 569.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbna | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase-bp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/capone | 7100-000 | 258.00 | N/A | N/A | 0.00 |
| NOTFILED | apollo credit agency inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Alllied Data Corp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Recovery Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Interstate | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 301.00 | N/A | N/A | 0.00 |
| NOTFILED | Aegis Receivables Management Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Barrick,Switzer,Long | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Mht Bk | 7100-000 | 8,452.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chartwell Midwest WI Loxk Box | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citgo Oil / Citibank Citicorp Credit | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Central Portfolio Control, Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Certeegy Payment Recovery | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital Management | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bay Area Credit Service | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | CBCS | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| --- | --- | --- | --- | --- | --- | --- |
| NOTFILED | JP Morgan Chase Legal Dept | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | CCB Credit Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $36,029.00 | $23,012.40 | $23,012.40 | $6,950.09 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-82986  
**Case Name:** BOYCE, JOHN B  
BOYCE, PAULA J  
**Period Ending:** 07/01/14

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 08/28/13 (f)  
**§341(a) Meeting Date:** 09/30/13  
**Claims Bar Date:** 01/07/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 11346 Jeff Court, Machesney Park,IL, per Zillow | 137,000.00 | 0.00 | | 0.00 | FA |
| 2 | checking account w/ Gateway Community Bank | 800.00 | 0.00 | | 0.00 | FA |
| 3 | checking account w/ Blackhawk Bank | 800.00 | 0.00 | | 0.00 | FA |
| 4 | savings account w/ Gateway Community Bank | 165.00 | 0.00 | | 0.00 | FA |
| 5 | escort account w/ Gateway Communtiy Bank | 2,900.00 | 1,215.00 | | 0.00 | FA |
| 6 | older household furniture & personal belongings | 750.00 | 0.00 | | 0.00 | FA |
| 7 | necessary wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 8 | wedding rings & misc. costume jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 9 | employer provided term life policy - no cash val | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 401K | 6,000.00 | 0.00 | | 0.00 | FA |
| 11 | 5 year CD w/ Gateway Bank | 10,000.00 | 10,000.00 | | 10,251.77 | FA |
| 12 | 403B | 12,000.00 | 0.00 | | 0.00 | FA |
| 13 | 2002 Chevy Trailblazer | 3,500.00 | 0.00 | | 0.00 | FA |
| 14 | 2007 Saturn Ion | 4,000.00 | 0.00 | | 0.00 | FA |
| 14 | **Assets  Totals** (Excluding unknown values) | **$178,515.00** | **$11,215.00** | | **$10,251.77** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL REPORT FILED 4/1/2014.  TRUSTEE WAITING FOR UST TO CONSIDER SAME.

**Initial Projected Date Of Final Report (TFR):**   **Current Projected Date Of Final Report (TFR):**   April 1, 2013  (Actual)

Printed: 07/01/2014 02:56 PM   V.13.15

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-82986  
**Case Name:** BOYCE, JOHN B  
BOYCE, PAULA J  
**Taxpayer ID #:** **-***7344  
**Period Ending:** 07/01/14

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $472,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/26/14 | {11} | Gateway Community Bank | Turnover of CD | 1129-000 | 10,251.77 | | 10,251.77 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 10,241.77 |
| 05/07/14 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,775.18, Trustee Compensation; Reference: | 2100-000 | | 1,775.18 | 8,466.59 |
| 05/07/14 | 102 | Bayfield Electric | Distribution paid 30.20% on $309.26; Claim# 3; Filed: $309.26; Reference: 2011 | 7100-000 | | 93.40 | 8,373.19 |
| 05/07/14 | 103 | Nicor Gas | Distribution paid 30.20% on $139.78; Claim# 4; Filed: $139.78; Reference: 6270 | 7100-000 | | 42.22 | 8,330.97 |
| 05/07/14 | 104 | TBF Financial, LLC | Distribution paid 30.20% on $16,874.27; Claim# 5; Filed: $16,874.27; Reference: JUDGMENT | 7100-000 | | 5,096.28 | 3,234.69 |
| 05/07/14 | 105 | Holmstrom & Kennedy, P.C. | Distribution paid 30.20% on $4,000.00; Claim# 6; Filed: $4,000.00; Reference: LEGAL SERVICES | 7100-000 | | 1,208.06 | 2,026.63 |
| 05/07/14 | 106 | Atlas Acquisitions LLC | Combined Check for Claims#1,2 | | | 510.13 | 1,516.50 |
| | | | Dividend paid 30.20% 337.16 on $1,116.37; Claim# 1; Filed: $1,116.37; Reference: 4978 HSBC | 7100-000 | | | 1,516.50 |
| | | | Dividend paid 30.20% 172.97 on $572.72; Claim# 2; Filed: $572.72; Reference: 8693/GECAPITAL | 7100-000 | | | 1,516.50 |
| 05/07/14 | 107 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 1,516.50 | 0.00 |
| | | | Dividend paid 100.00% 1,470.00 on $1,470.00; Claim# ATTY; Filed: $1,470.00 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00% 46.50 on $46.50; Claim# EXP; Filed: $46.50 | 3120-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,251.77 | 10,251.77 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,251.77 | 10,251.77 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,251.77** | **$10,251.77** | |

{} Asset reference(s)

Printed: 07/01/2014 02:56 PM    V.13.15

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 13-82986 | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** BOYCE, JOHN B | **Bank Name:** Rabobank, N.A. |
| BOYCE, PAULA J | **Account:** ********66 - Checking Account |
| **Taxpayer ID #:** **-***7344 | **Blanket Bond:** $472,000.00 (per case limit) |
| **Period Ending:** 07/01/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 10,251.77

Net Estate : $10,251.77

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ********66** | 10,251.77 | 10,251.77 | 0.00 |
| | $10,251.77 | $10,251.77 | $0.00 |

{} Asset reference(s)                                                                                                                 Printed: 07/01/2014 02:56 PM    V.13.15